EDOK Criminal Complaint (Revised 6/13)

# United States District Court

## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL COMPLAINT** |
| *Plaintiff,* | |
| **v.** | **Case No.**  21-MJ-299-KEW |
| **DALLAS TYLER EWTON,** | |
| *Defendant.* | |

I, Special Agent Adam Reynolds, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

On dates between 2012 and 2016, and December 2018 through January 2019, in the Eastern District of Oklahoma, **DALLAS TYLER EWTON** committed the crimes of Aggravated Sexual Abuse, Sexual Abuse of a Minor or Ward, and Abusive Sexual Contact of a Minor or Ward, in violation of Title 18, United States Code, Section(s) 2241(a) & (c), 2244(a)(3) & (4), 2246(2)(B) & (C), 2246(3), & 1153.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

(See attached Affidavit of Special Agent Adam Reynolds which is attached hereto and made a part hereof by reference.)

☒        Continued on the attached sheet.

Adam Reynolds
Special Agent
Federal Bureau of Investigation
Complainant

Sworn to before me and subscribed in my presence at: MUSKOGEE, OKLAHOMA

Date: July 1, 2021

UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                        Signature of Judicial Officer



## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Adam Reynolds, being duly sworn, depose and state that:

## INTRODUCTION

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI), I have been so employed since August 2009 and I am currently assigned to the FBI Oklahoma City Division, Muskogee Resident Agency. I am presently assigned to work primarily Indian Country criminal investigations in the Eastern District of Oklahoma. During my career as an FBI Agent, I have investigated numerous Indian Country crimes to include a variety of violent crimes. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including Aggravated Sexual Abuse, Sexual Abuse of a Minor or Ward, and Abusive Sexual Contact of a Minor or Ward, in violation of Title 18, United States Code, Section(s) 2241(a) & (c), 2244(a)(3) & (4), 2246(2)(B) & (C), 2246(3), & 1153 and am authorized by the Attorney General to request a search warrant.

2.     As a Federal Agent, I am authorized to investigate violations of the laws of the United States, and to execute warrants issued under the authority of the United States.

3.     The statements contained in this Affidavit are based in part on: information provided by other agencies, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training, and background as a Special Agent with the FBI.  Because this Affidavit is being submitted for the limited purpose of establishing probable cause to believe that Dallas Ewton, committed the below-described offenses, I have not included every detail of the investigation.  In addition, unless otherwise indicated, all statements contained in this Affidavit

1

are summaries in substance and in part.  The following is true to the best of my knowledge and belief.

**PROBABLE CAUSE**

5.  This Affidavit is made for the limited purpose of establishing probable cause in support of a Criminal Complaint alleging **DALLAS TYLER EWTON**, an Indian, did commit Aggravated Sexual Abuse, Sexual Abuse of a Minor or Ward, and Abusive Sexual Contact of a Minor or Ward, in violation of Title 18, United States Code, Section(s) 2241(a) & (c), 2244(a)(3) & (4), 2246(2)(B) & (C), 2246(3) & 1153 which occurred within the boundaries of the Muscogee Nation, and therefore is within Indian Country.

6.  The facts and circumstances alleged in this Affidavit occurred within the Eastern District of Oklahoma. More specifically, based on the Supreme Court decision in *McGirt v. Oklahoma* (2020), *and Bosse v. State* (2021) from the Oklahoma Court of Criminal Appeals, the below-described location is within the reservation boundaries of the Muscogee Nation and therefore is within Indian Country. For purposes of establishing federal jurisdiction, Dallas Tyler is an Indian and enrolled member of the Muscogee Nation.

7.  On May 28, 2021, Special Agent Adam Reynolds (SA Reynolds) met with L.W.  During that interview, subsequent interviews of L.W., and a review of L.W.'s written statement. the following information was learned:

L.W. stated that in 6th through 10th grade, when she was eleven to fifteen years old, EWTON, her teacher, had sexually harassed and sexually assaulted her. EWTON forced L.W. to perform oral sex on him, raped her with his fingers, kissed her, and made her show him her genitals and breasts.  These incidents occurred in class, after class, and during after school programs and tutoring sessions.  She stated these things happened every day unless he wasn't at school.  EWTON would

2

communicate with L.W. by text messaging.  EWTON threatened L.W.'s life and the life of her family -if she were to ever tell anyone.  EWTON would also show her his genitals.

EWTON would use the premise of L.W. having missed assignments or that she was failing to get her to come to his class so that he could assault her.  Before the sexual assaults began, EWTON told L.W. that he was trying to be a father figure in her life.

L.W. said the first time a sexual assault occurred was around her first basketball game in sixth grade, which was the end of 2012.  On this instance, EWTON had told L.W. to come to his class to finish papers before the basketball game.  When she got to his classroom, he told her to close the door behind her.  He then told her to walk over to him where he was sitting on his desk.  L.W. told him, "No" but EWTON repeatedly told her to, "come here." She stated she told him "No" multiple times and EWTON said, "It will be okay."  She walked over to EWTON and EWTON told her to touch him.  She asked him what that meant, and he grabbed her hand and put it on his penis on the outside of his pants.  She then pulled her hand away and started crying and walked back to the door. He asked her if she was okay and she told him no and he told her not to tell anybody.

L.W. stated that - during this same time frame, from 6th grade to 10th grade, EWTON would forcefully make her perform oral sex on him.  She stated this would happen during school programs and tutoring and that this was a continuous cycle. She stated that on one occasion EWTON was forcing her to perform oral sex on him and her braces cut his penis.  He got mad, and he pushed her away and then slapped her face.

3

L.W. said that he would also rape her with his fingers. She stated that one time while in the Eagle Pride Program, EWTON took the whole group into the elementary gym. EWTON told them they were going to play hide and seek in the dark. EWTON turned the lights off and grabbed her. EWTON put her on his shoulders and then put his fingers inside her vagina. Another time while in the Eagle Pride Program, a group went to the Deep Fork. While on one of the trail walks, EWTON kept L.W. by his side and waited for the others to walk ahead. EWTON then forcefully put his fingers inside her vagina.

L.W. said that sometime between January and May of her 6th Grade year, 2013, EWTON forced her to perform oral sex on him for the first time. She said that EWTON would threaten her life and the lives of her family if he thought she was going to tell anyone. She said that she was too scared to tell anyone, because she felt like she was in danger.

8. On May 27, 2021, SA Reynolds spoke with EWTON at his residence. EWTON stated that he teaches math, wrestling, and track. EWTON stated that he had been teaching at Morris since 2012. When confronted with why SA Reynolds was there, EWTON said that he used to tell the kids that he was like their school father. EWTON stated that he always saw L.W. as one of his. EWTON then stated he tutored her, he coached her, he was there for her if she needed something. When asked about the allegations, EWTON responded that he doesn't know why that would be said. EWTON stated his whole life was going there and coming here and so he just doesn't know where it could have happened. EWTON stated there are cameras in the school.

9. On June 2, 2021, SA Reynolds interviewed C.W., the ex-wife of EWTON. She described EWTON as evil and a narcissist. She stated their relationship was very abusive

4

mentally, emotionally, and physically. Their relationship ended after EWTON clotheslined her immediately after she returned home from the hospital having had brain surgery.

C.W. came home one day to find flowers from her garden on her doorstep that said, "L.W. loves Mr. Ewton." When EWTON got home, she asked who L.W. was and EWTON replied it is one of his students. She stated that EWTON often talked about L.W.'s accomplishments at school. EWTON asked C.W. if she would give some of her feminine clothes to L.W.

C.W. said that at some point she noticed that L.W. and EWTON started texting each other. She believed this was in 2013 or 2014, starting in the Fall. She said that EWTON and L.W. were constantly texting. On one occasion, she remembered that around 11:00 p.m. he was texting with someone and he told her it was L.W. EWTON had a code on his cell phone and he did not leave his phone laying around. She did not know the code to the phone and would have been punished if she had asked to see the phone. The texting continued for approximately one year.

10. During the course of the investigation, SA Reynolds interviewed approximately four teachers. In summary, though the teachers never saw anything inappropriate occur between L.W. and EWTON, some of them had heard rumors in the school about the two being close or there being some sort of a relationship. EWTON was described as flirtatious with the girls. Two teachers stated they would not be comfortable with their daughters taking his class and, in the alternative, would have them take it online. One of the teachers stated they witnessed an incident with a different student where EWTON was in the hallway with this student and he slapped her on the butt and picked her up and carried her like he was carrying her across the threshold. SA Reynolds did track down this prior student, and the student did not recall this event.

11. On May 27, 2021, SA Reynolds interviewed L.B., a former student at Morris. She said that she remembered when she was in sixth grade, she was told she should be careful around

5

EWTON. She remembered L.W. being in EWTON's class after hours. She stated EWTON ran an afterhours tutoring program called Eagle Pride.

L.B. stated that when she was in the sixth grade EWTON came up behind her, grabbed her sides, and asked said, "just making sure your real." She told her parents, but her mom and dad decided to not file a complaint with the school. Other people in the school were often calling EWTON a pervert, because of how close he was to the girls.

L.B. said that when she had a boyfriend, EWTON would tell her to get out of the relationship and that she didn't need a boyfriend. He told her that she needed someone more mature.

She heard rumors in school about L.W. and EWTON and sexual activity. This was sometime in middle school. She said that this was a small school, and everyone was talking about it, but there was not a particular person that she could remember telling her about this.

L.B. said that she overheard L.W. and EWTON having a conversation where he told L.W. what to tell her parents. She believed this happened around the time L.W.'s parents were upset over how much time EWTON was spending with L.W.

12. On June 15, 2021, a Child Adolescent Forensic Interview was conducted by J.W. with P.D., another student of Dallas Ewton. She provided the following information:

P.D. stated her teacher Dallas Ewton had touched her inappropriately while in her Algebra 1 class while in school in 2019/2020. The most recent incident occurred when she was still in EWTON's class. EWTON brought her in the hallway and wanted to know why she stopped coming to his afterschool tutoring. During this incident, P.D. stated EWTON was acting like he was touching her hair but ran his hand over her chest and tried to grab her. P.D. stated she backed up from him and went back into class. Another time that EWTON assaulted her, he was squatting at a desk between two classmates and EWTON pushed his crotch into the back of her head.

6

P.D. stated that another time, EWTON called her up to his desk during class; he stated something wasn't right on his computer. When P.D. stepped forward to look at the computer screen, EWTON put his hand on her knee, ran his hand up her thigh and touched her vagina. P.D. believed this after Christmas break.

On another occasion, P.D. stated that she believed that EWTON tried to follow her into the bathroom -. P.D. was at school early one morning, she went into a bathroom stall and while in the stall she heard the door open and footsteps in the bathroom. She then heard EWTON's wife say, "Dallas you can't be in the girl's bathroom." P.D. then heard the door close.

P.D. said that she has opted to take online classes to avoid walking near EWTON's classroom or seeing him.

13.   Based on a review of this case, and based on my knowledge and experience with violent crimes, I, as your Affiant have probable cause to believe that Dallas Ewton committed the offenses of Aggravated Sexual Abuse, Sexual Abuse of a Minor or Ward, and Abusive Sexual Contact of a Minor or Ward, in violation of Title 18, United States Code, Section(s) 2241(a) & (c), 2244(a)(3) & (4), 2246(2)(B) & (C), 2246(3) & 1153.

Respectfully Submitted,

Adam Reynolds, Special Agent
Federal Bureau of Investigation

Sworn before me this 1st day of July 2021.

HONORABLE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF OKLAHOMA