IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CR-21-252-TDD |
| DALLAS TYLER EWTON, | ) ) ) |
| Defendant. | ) |

# **ORDER**

Before the Court are three motions to withdraw filed by counsel for Defendant Dallas Tyler Ewton [Doc. Nos. 137, 138, 139]. In each motion, defense counsel states that "on November 16, 2023, WELSH & MCGOUGH, PLLC received a letter from Defendant Dallas Tyler Ewton requesting that WELSH & MCGOUGH, PLLC withdraw so that he may file for Post Conviction Relief pro se."

Upon consideration, the Court finds that a *Faretta*[1] hearing should be held to ensure that Defendant's waiver of his right to counsel is "knowingly and intentionally made." *United States v. Turner*, 287 F.3d 980, 983 (10th Cir. 2002). **IT IS THEREFORE ORDERED** that a *Faretta* hearing shall be conducted by a Magistrate Judge of the United States District Court for the Eastern District of Oklahoma, consistent with the Supreme Court's decision in *Faretta* and subsequent Supreme Court and Tenth Circuit caselaw regarding a criminal defendant's waiver of the right to counsel. The hearing date and time shall be set by separate order.

---

[1] *Faretta v. Cal.*, 422 U.S. 806 (1975).

**IT IS SO ORDERED** this 13th day of December, 2023.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE